cated. JUSTICE BLACKMUN and JUSTICE STEVENS would grant the application.

No. A–709 (88–709). ROE *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF MARIN (DOE, REAL PARTY IN INTEREST). Ct. App. Cal., 1st App. Dist. Application to continue the stay entered by the Superior Court of California, County of Marin, on March 3, 1989, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied.

No. D–536. IN RE DISBARMENT OF LOVETT, 475 U. S. 1092. Motion to vacate the order of disbarment denied.

No. D–751. IN RE DISBARMENT OF EBERSTEIN. Disbarment entered. [For earlier order herein, see 488 U. S. 1000.]

No. D–772. IN RE DISBARMENT OF BROWN. It is ordered that Rembert Thomas Brown, of San Diego, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–773. IN RE DISBARMENT OF GAGEN. It is ordered that William Lee Gagen, of Lebanon, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–774. IN RE DISBARMENT OF GUNDERMAN. It is ordered that James Roger Gunderman, of Buffalo, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–775. IN RE DISBARMENT OF GRAVES. It is ordered that David Hardin Graves, of Houston, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 87–6997. CARELLA *v.* CALIFORNIA. App. Dept., Super. Ct. Cal., Los Angeles County. [Probable jurisdiction noted, 488 U. S. 940 and 964.] Motion of appellant to discharge appointed counsel and appoint new counsel denied.